# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-81269-CV-MIDDLEBROOKS

HEATHER BURKETT, *individually*
*and on behalf of all those similarly*
*situated,*

      Plaintiff,

v.

FIRST NATIONAL COLLECTION
BUREAU, INC.,

      Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice, filed on January 12, 2024. (DE 24). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1) The above-styled action is **DISMISSED WITH PREJUDICE**.

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this ⁄⁄ day of January, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE